UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SUMITOMO ELECTRIC WIRING SYSTEMS, INC., | |
| Plaintiff(s), | Case No. 25-cv-11741 |
| v. | Honorable Robert J. White |
| TYCO ELECTRONICS MEXICO S. DE R.L. DE C.V., et al., | |
| Defendant(s). | |

**ORDER REGARDING SPECIAL APPOINTMENT OF PROCESS SERVER TO TRANSMIT PLEADINGS ABROAD FOR SERVICE**

Pursuant to the rules of the Hague Service Convention, Plaintiff Sumitomo Electric Wiring Systems, Inc. requests the appointment of a Special Process Server to transmit the documents to the appropriate Central Authority in Mexico as authorized under that international treaty for service on Defendant, Tyco Electronics Mexico S. de R.L. de C.V who is located in Mexico.

**IT IS HEREBY ORDERED** that LSP Legal and its agents are specially appointed, authorized, and directed to prepare and deliver the treaty transmittal documents necessary to accompany the: Summons in a Civil Action, Sumitomo Electric Wiring Systems, Inc.'s Complaint and Demand for Jury Trial, other

necessary documents, and the translations of these documents for service on TYCO ELECTRONICS MEXICO S. DE R.L. DE C.V., in Mexico to the appropriate Central Authority pursuant to the Hague Service Convention (*The Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil or Commercial Matters, 20 UST 362*).

    SO ORDERED.

Dated: June 25, 2025                        s/Robert J. White
                                                 Robert J. White
                                                 United States District Judge

**Presented By:**

HICKEY HAUCK BISHOFF JEFFERS
   & SEABOLT, PLLC

*/s/ Benjamin I. Shipper*
Thomas S. Bishoff (P53753)
Benjamin I. Shipper (P77558)
William J. O'Brien (P83025)
706 S. Main Street
Plymouth, MI 48170
(313) 964-8600
tbishoff@hhbjs.com
bshipper@hhbjs.com
wobrien@hhbjs.com

*Attorneys for Plaintiff*

Dated: June 20, 2025